UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH A. THOMAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE SECRETARY OF THE UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>　　　　　Defendant. | Case No. CV 21-02433 JAK (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the Magistrate Judge's Report and Recommendation ("Report"), and all other records and files herein. The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

　　　　Accordingly, IT IS ORDERED that the § 1983 claims that were previously dismissed with leave to amend are now dismissed without leave to amend.

///

///

///

///

It is further ORDERED that the reference to the Magistrate Judge for pretrial purposes is vacated.  The assigned Magistrate Judge is redesignated as the discovery Magistrate Judge.

DATED: June 23, 2021

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE